UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MAINE

MATTHEW SMITH and AKILA RADHAKRISHNAN,

   *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

   *Defendants*.

Civil Case No.: 1:25-cv-00158-NT

## NOTICE

Defendants in the above-captioned matter respectfully file this notice to apprise the Court of two factual developments:

1. On June 5, 2025, the Secretary of State, pursuant to section 1(a)(ii)(A) of Executive Order 14,203, designated four judges of the International Criminal Court (ICC), thus subjecting those individuals to the sanctions set out in that Executive Order. *See* Dep't of State, Fact Sheet: Imposing Sanctions in Response to the ICC's Illegitimate Actions Targeting the United States and Israel, https://www.state.gov/imposing-sanctions-in-response-to-the-iccs-illegitimate-actions-targeting-the-united-states-and-israel.

2. On the same day, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) issued seven new general licenses pertaining to the ICC. *See* OFAC, International Criminal Court-Related Sanctions, https://ofac.treasury.gov/sanctions-programs-and-country-information/international-criminal-court-related-sanctions (listing and describing general licenses).

Although we do not regard these facts as material to the pending motion for a preliminary injunction, we are filing this notice to ensure the Court is fully informed.

Dated:  June 11, 2025                                Respectfully submitted,

                                                  BRETT A. SHUMATE
                                                  Assistant Attorney General
                                                  Civil Division

                                                  STEPHEN M. ELLIOTT
                                                  Assistant Director, Federal Programs Branch

                                                  */s/ Ryan M. Underwood*
                                                  RYAN M. UNDERWOOD
                                                  Trial Attorney (D.C. Bar No. 1656505)
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street, NW
                                                  Washington, DC 20005
                                                  Tel: (202) 514-9836
                                                  E-mail: ryan.m.underwood2@usdoj.gov

                                                  *Counsel for Defendants*