IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW SMITH and <br> AKILA RADHAKRISHNAN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action Number: 1:25-cv-00158-JAW <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF THE DEADLINE TO FILE A REPLY**

Defendants respectfully request that the Court extend the deadline requiring the Government to reply to Plaintiffs' response to Defendant's motion to dismiss Plaintiff's amended complaint, ECF No. 36, an additional two days to December 31, 2025. Plaintiffs consent and good cause exists to grant the motion, as set forth below:

1. On December 18, 2025, the President issued Executive Order 14371 closing Executive Branch departments on December 24 and December 26, 2025. Defendants and their counsel are excused from their duties on these dates consistent with this Order.

2. Because of the Federal government closure on these dates, Defendants respectfully ask for a short extension of time to finalize their reply.

3. The requested extension would not affect any other currently pending deadlines.

4. Defendants are currently enjoined from undertaking the actions that form the basis of Plaintiffs' complaint and, therefore, Plaintiffs will not be prejudiced by a two-day extension.

For the foregoing reasons, Defendants respectfully submit that an order permitting the Government to file its reply on December 31, 2025, would promote the efficient resolution of this matter.

Dated: December 24, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Director

*/s/ Ryan Underwood*
RYAN UNDERWOOD (DC #1656505)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel: (202) 305-1952
Email: ryan.m.underwood2@usdoj.gov

*Attorneys for Defendants*